# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

JOSHUA HOSEA McFARLAND                              CIVIL ACTION

VERSUS                                              NO. 16-14433

SHERIFF MARLIN N. GUSMAN, ET AL.                   SECTION: "N"(3)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights claims are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this _19th_ day of _January_, 2017.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE